JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Sophie Claire Flax,<br><br>             Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:22-cv-01113-AC<br><br>**AMENDED** STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

        IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 14, 2022 to January 13, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  By February 27, 2023, the Defendant shall file the cross-motion for summary judgment.  By March 14, 2023, the plaintiff shall file the optional reply brief.

        This is Plaintiff's first request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security

Certified Administrative Records (CAR).  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.   This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the months of September and October 2022, we have received an additional 39 CARs.

For the weeks of November 7, 2022 and November 14, 2022, Counsel currently has 17 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.  As previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Lastly, Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of November and December 2022.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 7, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: November 7, 2022          PHILLIP A. TALBERT
                                 United States Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration


By:   */s/ Sharon Lahey
      Sharon Lahey
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on November 7, 2022)

3

|PROPOSED| ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE