UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIE CLAIRE FLAX, | No. 2:22-cv-01113 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On September 29, 2022, the administrative record was filed in this case. ECF No. 10. Per the Local Rules of this court, plaintiff's opening motion for summary judgment was due 45 days after the record was filed. The court granted a request for an extension of time, making plaintiff's motion due January 13, 2023 and defendant's motion due February 27, 2023. ECF No. 13. Plaintiff timely filed her motion (ECF No. 14) but defendant has not timely filed. Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: March 13, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE